# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 464 WAL 2015

               Respondent           :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court
         v.                 :

LAWRENCE ROBERT STIEFEL,     :

               Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal and Applications for Relief are **DENIED**.


    Justice Eakin did not participate in the decision of this matter.